Case Name:  GREGORY KONITSKI
Case No:    07 B 70733

## **CERTIFICATION OF REVIEW**

      The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 12/19/07                      WILLIAM T. NEARY
                                    United States Trustee, Region 11

                            BY:    __/s/_____
                                        CAROLE J. RYCEK
                                        Attorney for the U.S. Trustee