**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KONITSKI, GREGORY | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70733 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-5186  13-7578970<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **JANUARY 18, 2008 at 1:00 p.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,050.00 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 35.28 |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 2,850.60 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 21,005.98

    b. Disbursements      $ 0.00

    c. Net Cash Available for Distribution      $ 21,005.98

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $17,070.00, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $18,095.64.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    12/18/07      s/s Joseph D. Olsen
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0733   Doc 36   Filed 12/20/07   Entered 12/22/07 23:40:48   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez           Page 1 of 1           Date Rcvd: Dec 20, 2007
Case: 07-70733                Form ID: pdf002         Total Served: 18

The following entities were served by first class mail on Dec 22, 2007.
db           +Gregory Konitski,    6211 Montague Road,    Rockford, IL 61102-3726
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Jeffrey A Bivens,    Jeffrey A. Bivens, PC,    5844 Elaine Drive,    Rockford, IL 61108-2494
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11269420     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
11269421     +Beneficial/household Finance,    Po Box 1547,    Chesapeake, VA 23327-1547
11269422     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11466703      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 98124-3978
11269423     +Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
11269424      Dennis A. Brebner & Associates,    Attorneys at Law,    860 Northpoint Blvd,
                Waukegan, IL 60085-8211
11269427     +Marcella Sadewater,    19619 Conquistador Dr,    Sun City West, AZ 85375-4246
11269426     +Marcella Sadewater,    19619 Conquistagor Dr.,    Sun City West, AZ 85375-4246
11269428     +Mr. Richard A. Snow, Esq.,    123 W. Madison Street,    Ste. 310,    Chicago, IL 60602-4847
11446261     +Swedish American Hospital,    C/O Dennis A. Brebner & Assocites,    860 Northpoint Blvd.,
                Waukegan, IL 60085-8211
11269429      SwedishAmerican Hospital,    PO Box 4448,    Rockford, IL 61110-0948
11603259      eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,   POB 35480,
                Newark NJ 07193-5480

The following entities were served by electronic transmission on Dec 21, 2007.
11269425       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2007 05:04:41      Discover Fin,   Pob 15316,
                Wilmington, DE 19850
11444499       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2007 05:04:41
                Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 22, 2007**          **Signature:** *Joseph Speetjens*