**JPMorganChase**

February 01, 2008 through February 29, 2008
Account Number: **000312177551266**

ACCOUNT # 000312177551266
KONITSKI GREGORY
07-70733

**IMAGES**



008470074107 FEB 01 #0000000101 $1,050.00





008470074107 FEB 01 #0000000101 $1,050.00



009170615456 FEB 01 #0000000102 $35.28



009170615456 FEB 01 #0000000102 $35.28

Exhibit "A"

**JPMorganChase**

February 01, 2008 through February 29, 2008
Account Number: **000312177551266**

ACCOUNT # 000312177551266
KONITSKI GREGORY
07-70733



008470074108 FEB 01 #0000000103 $2,850.60



008470074108 FEB 01 #0000000103 $2,850.60



008770625230 FEB 04 #0000000104 $2,374.78



008770625230 FEB 04 #0000000104 $2,374.78

Page 3 of 5

# JPMorganChase

February 01, 2008 through February 29, 2008

Account Number: **000312177551266**

ACCOUNT # 000312177551266
KONITSKI GREGORY
07-70733



008670558233 FEB 04 #0000000105 $399.87





008670558233 FEB 04 #0000000105 $399.87



008670510527 FEB 04 #0000000106 $4,753.97



008670510527 FEB 04 #0000000106 $4,753.97

**JPMorganChase**

February 01, 2008 through February 29, 2008

Account Number: **000312177551266**

ACCOUNT # 000312177551266
KONITSKI GREGORY
07-70733



008470272649 FEB 04 #0000000107 $9,569.98



008470272649 FEB 04 #0000000107 $9,569.98



**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

February 01, 2008 through February 29, 2008
Account Number: **000312177551266**

### CUSTOMER SERVICE INFORMATION

Service Center:    **1-800-634-5273**



00016544 DBI 802 24 06308 - NNN  1 000000000 60 0000
07-70733 KONITSKI GREGORY
DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $21,034.48 |
| Checks Paid | 7 | - 21,034.48 |
| **Ending Balance** | 7 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 02/01 | $1,050.00 |
| 102 | 02/01 | 35.28 |
| 103 | 02/01 | 2,850.60 |
| 104 | 02/04 | 2,374.78 |
| 105 | 02/04 | 399.87 |
| 106 | 02/04 | 4,753.97 |
| 107 | 02/04 | 9,569.98 |
| **Total Checks Paid** |  | **$21,034.48** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/01 | $17,098.60 |
| 02/04 | 0.00 |

Exhibit "B"

Page 1 of 5